IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HART,<br><br>                Plaintiff,<br><br>vs.<br><br>CSP-SOLANO, et al.,<br><br>                Defendants. | Case No. CIV S-02-0577 JKS-P<br><br>**JUDGMENT**<br>**IN A CIVIL CASE** |

___ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE.** The Court finds that there is no just reason for delay and that this judgment is immediately appealable.

APPROVED:

_/s/ James K. Singleton, Jr._
**JAMES K. SINGLETON, JR.**
United States District Judge

July 8, 2005                                                                                     **Jack L. Wagner**
_____                                                                 _____
Date                                                                                                    Clerk

                                                                                                    _M. Krueger_
                                                                                                    _____
                                                                                                    (By) Deputy Clerk

1